FILED
CLERK U.S. DISTRICT COURT

MAR 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RONALD REEVES, an Individual, and Does 1-10, Inclusive, <br><br> Defendants | Case No.: CV11-7328 SVW (SSx) <br><br> [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL AS TO DEFENDANT RONALD REEVES PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE* |

///
///
///
///

- 1 -
[PROPOSED] ORDER

1  Having considered the parties' Stipulation of Dismissal as to Defendant
2  RONALD REEVES ("REEVES") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal*
3  *Rules of Civil Procedure*, the Court hereby orders that this action be dismissed in
4  its entirety, with prejudice, as to Defendant RONALD REEVES with each party to
5  bear its/his own attorneys' fees and costs.
6  IT IS SO ORDERED, ADJUDICATED and DECREED this __1__ day of
7  __March__, 2012.

HON. STEPHEN V. WILSON
United States District Judge
Central District of California